# Court of Appeals
# of the State of Georgia

ATLANTA,    October 30, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0101. LISA JOSEPH v. CITIMORTGAGE, INC.

This case began as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Lisa Joseph appealed the magistrate court's decision to the superior court. On August 12, 2014, the superior court entered judgment in favor of Citimortgage and issued a writ of possession against Joseph. On October 17, 2014, Joseph filed this pro se application for discretionary appeal, seeking review of that decision.[1] We, however, lack jurisdiction to review the superior court's order.

Although an application for discretionary appeal generally may be filed within 30 days of entry of the order sought to be appealed, the underlying subject matter of an appeal controls over the relief sought when determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this discretionary application is a dispossessory proceeding. And, pursuant to OCGA § 44-7-56, an appeal in such a case must be filed within seven days of entry of the judgment. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Here, the superior court's order was entered

---

[1] Joseph also filed a direct appeal in this Court, which we dismissed based on her failure to follow the discretionary appeal procedures. *Joseph v. Citimortgage, Inc.*, A15A0287 (dismissed Oct. 9, 2014).

on August 12, 2014, and Joseph filed her application 66 days later, on October 17, 2014. The application is thus untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____10/30/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*